# Court of Appeals
# of the State of Georgia

ATLANTA,  September 02, 2020

*The Court of Appeals hereby passes the following order:*

## A20A2010. SMITH v. TIBBITTS, et al.

Upon consideration of appellee's MOTION TO DISMISS and appellant's stated lack of opposition to same, it is ordered that said motion be hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,  09/02/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*